FILED
CLERK, U.S. DISTRICT COURT

JAN 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE C. SMITH, | NO. CV 07-2768-JSL(E) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS, |
| MARK CHRISTIANSEN, DENNIS McKAY, | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | OF UNITED STATES MAGISTRATE JUDGE |

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

///
///
///
///
///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve forthwith a copy
2  of this Order and the Judgment of this date on Plaintiff and
3  counsel for Defendants.
4
5  LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7  DATED: Jan. 29, 2008
8
9  /s/ Spencer Letts
   ―――――――――――――――――――――
10                 J. SPENCER LETTS
            UNITED STATES DISTRICT JUDGE