UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE C. SMITH, | ) | NO. CV 07-2768-JSL(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MARK CHRISTIANSEN, DENNIS McKAY, | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: Jan. 29, 2008

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE